E.D.N.Y.
Korman, C.J.

**MANDATE**

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 12th day of September two thousand and three,

Present:
   Hon. Jon O. Newman,
   Hon. Sonia Sotomayor,*
         *Circuit Judges.*

William M. Pabon,

                    Petitioner-Appellant,

        v.                                         03-2239

Christopher Artuz,

                    Respondent-Appellee.

FILED
SEP 12 2003
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ MAR 15 2004 ★
P.M. _____
TIME A.M. _____

Appellant, *pro se*, moves for a certificate of appealability. Upon due consideration, it is ORDERED that the motion is denied and the appeal is dismissed. Appellant's habeas corpus petition was untimely filed. *See* 28 U.S.C. § 2244(d)(1).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

By: _____
     Oliva M. George, Deputy Clerk

---

* The Honorable Richard C. Wesley has recused himself. Accordingly, the matter is decided by the remaining panel members. *See* 2D CIR. R. 0.14(b).

SAO oT

12 2003

ISSUED AS MANDATE: MAR 3 2004