Court of Claims,   00 1178 ERK   9/13/16

I, William Pabon 87A3116 was suppose to received a check as a result of a decision rendered by this court on a claim based on injuries obtained in Green Haven Correctional Facility. I never received that money and wonder where it is and ask that this Court in the interest of justice see that I receive that check. Please & Thank You & I eagerly await a response.

Sincerely,
William Pabon 87A3116
William Pabon 87A3116

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 19 2016 ★
BROOKLYN OFFICE

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: William Pabon   DIN: 87A3116

U.S. Courthouse
225 Cadmad Plaza East
Brooklyn, New York 11201

Legal Mail