UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

CHAMBERS OF
EDWARD R. KORMAN
DISTRICT JUDGE

September 21, 2016

William Pabon
DIN: 87A3116
Attica Correctional Facility
Box 149
Attica, NY 14011-0149

re:   CV-00-1178

Mr. Pabon:

  Judge Korman is in receipt of your letter dated Sept. 13, 2016 inquiring as to the payment for your civil action. I enclose a copy of the docket sheet in your case and direct your attention to entry #28, which I have highlighted for your convenience. You will see that on March 20, 2003 Judge Korman denied your petition. You then filed a notice of appeal which was dismissed on Mar. 15, 2004 (please see entry #32) as untimely.

Sincerely,

PaulaMarie Susi
Case Manager to
Edward R. Korman, U.S.D.J.

✓ cc: file